# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 09-CR-10382-DPW |
| ALBERT GONZALEZ ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance for the United States in the above captioned matter.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        United States Attorney

BY:   /s/Donald L. Cabell
          Donald L. Cabell
          Assistant U.S. Attorney
          One Courthouse Way, Suite 9200
          Boston, MA 02210
          (617) 748-3100

December 28, 2009