UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                          ) | Nos. 09-CR-10382-DPW |
| ) | |
| ALBERT GONZALEZ,            ) | |
| ) | |
| Defendant.                  ) | |

### DEFENDANT ALBERT GONZALEZ' ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

Now comes the defendant Albert Gonzalez and respectfully requests that this Honorable Court continue the sentencing hearing in this case until March 26, 2010, at 2:30 p.m.

As reason therefor, defendant states:

1. The date of the sentencing hearing in this case, currently March 19, 2010, was scheduled to take place after Judge Saris sentenced Gonzalez in the companion cases before her (Nos. 08-10223-PBS and 09-10262-PBS).

2. On February 18, 2010, Judge Saris *sua sponte* continued the sentencing hearing in the cases before her for one week, from March 18, 2010, to March 25, 2010.

3. The same reasons which made sentencing Gonzalez in this case after his sentencing in the cases before Judge Saris the most appropriate course remain valid and compelling, and therefore the parties jointly request that the Court reschedule sentencing in this case until March 26, 2010 at 2:30 p.m.

4. Stephen P. Heymann, AUSA assents to the granting of this motion.

Respectfully Submitted,
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Martin G. Weinberg, PC
Mass. Bar No. 51948
20 Park Plaza, Suite 1000
Boston, MA 02116
tel.:(617) 227-3700
fax: (617) 338-9538
owlmgw@att.net

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this 19th day of February, 2010, a copy of the foregoing document was served via the Electronic Court Filing system on all registered participants, including Stephen P. Heymann, AUSA.

**/s/ Martin G. Weinberg**
Martin G. Weinberg