**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*         *John Joseph Moakley United States Courthouse*
                                         *1 Courthouse Way*
                                         *Suite 9200*
                                         *Boston, Massachusetts  02210*

May 24, 2011

Albert Gonzalez
#25702-050
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan 48160

    Re: Copies of Unreported Opinions

Dear Mr. Gonzalez:

    Enclosed you will find the courts' unreported opinions in U.S. v. Devaney, Cr. No. 92-10272-WGY, Tibbs v. U.S., Civ. No. 02-11265, and Vavlitis v. U.S., Civ. No. 97-10902-EFH, copies of which you requested in your Response to United States Motion for Order Regarding Waiver of Client-Attorney Privilege.

                                       Very truly yours,

                                       CARMEN M. ORTIZ
                                       United States Attorney

                By:    *Stephen P. Heymann*
                      Stephen P. Heymann
                      Assistant U.S. Attorney