# E X H I B I T - A

**Exhibit-A:**  Statement/Affidavit of Maksym Yastremskiy in both Yastremskiy's native language and in English. (3-pages).

Я, Максим Ястремский, нахожусь в тюрьме г. Стамбула Maltepe 3.Nolu L-Tipi Kapalı Cezaevi в Турции, сообщаю обстоятельства и подробности задержания и ареста. 26.07.2007г. я был задержан полицией Турции и американскими спецслужбами в г. Кемер, пригороде Антальи, вместе с гражданином Израиля Максимом Турчаком. Мы были доставлены в полицейский участок г. Антальи. Из нашего номера family suite, где проживало 4 человека, включая меня и М. Турчака, было изъято 2 ноутбука: IBM и ASUS. В полицейском участке мы были помещены в разные камеры и поэтому М. Турчака я больше не видел. В ночь (первую ночь в участке) меня вывели в кабинет для допроса, где двое сотрудников полиции начали настойчиво рекомендовать мне рассказать всё, что я знаю о рассматриваемом деле о хищении данных, о кредитных картах. Я ответил, что ничем не могу помочь им, на что последовала их жёсткая реакция с угрозами в мой адрес. Я никак не отреагировал на это и меня отвели обратно в камеру. Однако вскоре, ночью вывели из камеры, поставили у стены напротив видеокамеры и сказали спать стоя, а в случае попытки присесть или сесть на пол, они, полицейские, быстро прибегали и избивали дубинками по ногам, по пяткам, заставляя снова встать, при этом громко крича что-то на их языке, затем удалялись и появлялись и повторяли процедуру при каждой попытке присесть. Это длилось всю первую ночь. Под утро завели в камеру, где сидя на полу удалось отключиться на час. Вскоре пришли, сообщили, что ко мне пришли посетители — полицейские привезли в участок мою девушку, из отеля, с которой я прилетел на отдых. В присутствии полицейских, успел лишь обмолвиться парой слов с ней, после чего сразу забрали в другую комнату и начали новую психологическую атаку. Сказали, что изъятые ноутбуки защищены паролями и если они их не узнают, то жизни и здоровью моей девушки угрожает опасность и что они лично об этом позаботятся и для этого её сюда и привезли. Я в очередной раз ответил, что ничем не могу им помочь и с этого момента пребывание "там" превратилось в настоящий ад. Сразу же отвели в глухую комнату, полностью раздели, усадили на стул, "пшикнули" неким едким спрэем в глаза, отчего началось жжение в глазах, затем завязали футболку на голове и со всех сторон посыпались удары по всем частям тела. В какой-то момент потерялось сознание. Вернулось только после того, как облили водой. Затем предло-

тили подумать, не появилось ли желание предоставить пароли к буком (ноут). Ответ был такой же: они, буки (ноут), не мои — ничем не могу помочь. Отвели обратно в камеру. Спустя некоторое время снова забрали на допрос. С каждым разом полицейские были всё злее и агрессивнее настроены. На протяжении всех четырёх дней пребывания там подвергали постоянным пыткам. Использовали иголки — кололи иглу под ногти, били пластиковыми бутылками с водой и многое другое. На четвёртый день было такое изнеможение и обессиление, что была готовность подписать любые документы и сознаться в любом преступлении. За 4 дня не дали даже стакана воды. Когда возили на медицинское освидетельствование я сразу же попытался объяснить на английском языке врачу всё, что происходило в полицейском участке, показал ему синяки на теле, однако он не стал даже слушать, сказав, что все эти следы появились до ареста и вместе с присутствовавшими при этом полицейскими они просто посмеялись. Было ясно, что доказывать там что-либо бесполезно. Врачи и полицейские тесно связаны и эта процедура медицинского освидетельствования у них "налажена" и отработана до мелочей и привлечь полицейских к ответственности не представляется возможным. На четвёртый день повезли на суд и арестовали по запросу американцев...
Далее тюрьма и по сей день...

I am Maksym Yastremskiy, now staying in Istanbul Maltepe 3.No Close Prison, inform the obstacles and details of detention and arrest... So, 26/07/2007 I was detained by police of Turkey and American special services in the town of Kemer, suburb of Antalya jointly with the citizen of Israel Maksym Turchak. We were delivered to the police station of Antalya. From our family suite room where four people were living including me and Maksym Turchak, two note-books were withdrawn: one – IBM, the other – Asus. In the police station we were put in different rooms, that is why I did not see Maksym Turchak any longer. At the first night (the first night at the police station) I was taken out for the interrogation into the room where 2 policemen started strongly recommend me to tell everything I knew about the case under consideration, about the embezzlement of the data of credit cards. I answered that I could not help them with anything: these words were followed by their hard reaction with the threats to me. I did not respond anything and was taken back to my cell. But soon at night I again was taken out, put against the wall opposite the video camera and was ordered to stand: should it happen I make attempt to squat or to sit on the floor they immediately started beating me by nightsticks on the legs, heels, making me stand; when doing so they shouted loudly in their language. After that, they regularly came out and came in repeating this procedure at every my attempt to squat. This continued all the night (the first night in the police station). In the morning I was taken to the cell, where I could lie for an hour. Soon I was informed that some visitors came to see me – it was my girl with whom I came for the rest, she was taken from the hotel by policemen to the police station. In the presence of policemen I managed to say only few words to her, after that I at once was taken back into another cell and the policemen started new psychological attack. They said the books withdrawn were protected with passwords and if they happen not to get to know these passwords the life and health of my girl would become to be in danger: they will personally see to it that this would happen (for this purpose they took her here). I recurrent time answered that could not help them and from that moment the staying there turned to be an absolute hell. I immediately was taken to the blind cell, was completely undressed, put on the chair and sprayed with some acrid substance into my eyes. This provoked intolerable burning sensation in my eyes. After that they tied my T-shirt up my head and the blows started to fall on all my body. At some moment I lost my consciousness and regained it only after I was poured with water. Next they suggested me to think over whether my desire to say the passwords appeared. My answer was the same: the books were not mine and I could not help them with anything. Again I was taken back to the cell. Some time after I was again taken out for the interrogation. With each new time the policemen became more and more cruel and aggressive. During all four days of staying there I was subjected to constant tortures. They used needles: pricked them under my nails, beat me with plastic bottles filled with water and many other thing. The forth day I felt such an exhaustion and weakness I that I felt the readiness to sign any documents and confess any crime. During four days I was not given even a glass of water...When I was taken for the medical examination I made an attempt to explain in English everything that happened in the police station to the doctor by showing him the bruises on my body but the doctor didn't even listen to me and said that all those signs appeared before the arrest and jointly with the policemen who were present there they laughed at me. It became absolutely clear for me that it was useless thing to prove anything. The doctors and the policemen are tightly connected each with other and the procedure of medical examination "was organized properly", perfected in details so I could not see the possibility to call the policemen to account. The forth day I was taken to the court and arrested under the request of America. Further on the prison until now...
7:57